UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND** |
| PATRICK A CHAMBERS | |
| MARY T CHAMBERS | |
| Debtor(s) | **CASE NO. BKY 06-33126 GFK** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Thurl M. Quigley in the amount of $5.84, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Thurl M. Quigley | 14 | $5.84 |
| Hudson & Keyse, Assignee Of Chase Bank USA | | |
| PO Box 390113 | | |
| Minneapolis, MN 55439 | | |

ACCOUNT NUMBER:
954056

**Jasmine Z. Keller, Trustee**

Dated: May 27, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee



**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee